DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WANDA HOLLOWAY,**
Appellant,

v.

**FLORIDA BARBER HOLDINGS, INC. FLORIDA BARBER ACADEMY, INC.,** and **KERRY WILCOX,**
Appellees.

No. 4D22-2214

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. CACE18-26958.

Kenneth D. Cooper, Fort Lauderdale, for appellant.

John M. Mullin and Brittany L. Hynes of Tripp Scott, P.A., Fort Lauderdale, for appellee Kerry Wilcox.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***